UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICK JONES, ET AL.

VERSUS

STATE FARM FIRE AND
CASUALTY COMPANY

CIVIL ACTION

24-784-SDD-SDJ

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson. dated March 24, 2025, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's *Motion to Remand*[3] is **GRANTED** and this matter is **REMANDED** to the 23rd Judicial District Court, Parish of Ascension, State of Louisiana.

Signed in Baton Rouge, Louisiana, on this 30 day of April, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 5.
[2] Rec. Doc. 11.
[3] Rec. Doc. 5.